Cite as 2017 Ark. 242

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered:** September 7, 2017 |

## PER CURIAM

Brian Brooks, Esq., of Greenbrier, and Bob Estes, Esq., of Fayetteville are appointed to the Committee on Civil Practice for three-year terms to expire on July 31, 2020.  The court thanks them for accepting appointment to this important committee.

Stephen Sipes, Esq., of Little Rock, Suzanne Clark, Esq., of Fayetteville, David Williams, Esq., of Little Rock, and John Baker, Esq., of Little Rock are reappointed to the Civil Practice Committee for  three-year terms to expire on July 31, 2020. The court thanks these members for their continued service.

The court expresses its gratitude to Vincent Chadick, Esq., of Fayetteville, whose term has expired, for his dedicated service to the committee.